JUVENILE H., A Minor *v.* Hon. Terry CRABTREE,
Circuit Chancery Judge

92-747                                                    833 S.W.2d 766

Supreme Court of Arkansas
Opinion delivered July 6, 1992

■    PER CURIAM. This is a juvenile case and accordingly the record herein is closed and confidential under the provisions of Ark. Code Ann. § 9-27-309 (Repl. 1991).